NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAROLD L. EDWARDS, JR.,**
*Plaintiff-Appellant*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Defendant-Appellee*

---

2024-1410

---

Appeal from the United States District Court for the Southern District of California in No. 3:19-cv-01775-AJB-BLM, Judge Anthony J. Battaglia.

---

**ON MOTION**

---

Before CHEN, LINN, and HUGHES, *Circuit Judges.*

PER CURIAM.

### O R D E R

Following this court's February 23, 2024 show cause order (ECF No. 5), the Social Security Administration moves to dismiss this appeal. Harold L. Edwards, Jr., has not filed a response to the order or motion.

2                                                        EDWARDS v. SSA

On June 16, 2020, the district court entered judgment against Mr. Edwards, and, more than three years later on January 25, 2024, Mr. Edwards filed a notice of appeal seeking this court's review of that judgment. This court does not have jurisdiction to review social security benefits cases. *See* 28 U.S.C. § 1295; 42 U.S.C. § 405. Moreover, Mr. Edwards's notice of appeal, filed more than 60 days after entry of judgment, is untimely, *see* 28 U.S.C. § 2107(b)(2); Fed. R. App. P. 4, such that the appropriate regional circuit, here the United States Court of Appeals for the Ninth Circuit, would also lack jurisdiction over this appeal. *See Bowles v. Russell*, 551 U.S. 205, 214 (2007).

Accordingly,

IT IS ORDERED THAT:

(1) The Social Security Administration's motion is granted to the extent that this appeal is dismissed for lack of jurisdiction.

(2)  All other pending motions are denied.

(3)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 15, 2024
Date